# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRECISION GALSSWORKS, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>BIG AL'S aka BIG AL'S SMOKE AND GIFT SHOP dba ZAHAVA GIFT SHOP, and unknown California business entity; ALI GHANNAM, an individual; and, SAM GANNHAM, an individual,<br><br>Defendants. | CASE No. 3:15-cv-03227-HSG<br><br>**ORDER RE APPEARANCE OF COUNSEL AT CASE MANAGEMENT CONFERENCE**<br><br>Hon. Haywood S. Gilliam Jr.<br><br>Tuesday, October 13, 2015,   2pm |

   This Court grants the telephonic appearance of attorney J. Curtis Edmondson, for the Case Management Conference on Tuesday, October 13, 2015.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: October 5, 2015

                              **SO ORDERED:**

                              _Haywood S. Gilliam Jr._
                              HON. Haywood S. Gilliam, Jr.
                              USDC

1
[PROPOSED] ORDER