# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRECISION GLASSWORKS, INC., an Oregon Corporation,<br><br>                  Plaintiff,<br>    v.<br><br>BIG AL'S SMOKE AND GIFT SHOP dba ZAHAVA GIFT SHOP, and unknown California business entity; ALI GHANNAM; an individual; and SAM GANNHAM, an individual,<br><br>                  Defendants | Case No.: 3:15-cv-03227-HSG<br><br>**ORDER RE: APPEARANCE OF COUNSEL AT HEARING**<br><br>Date: April 28, 2016<br>Time: 2:00 p.m.<br>Courtroom: 15<br><br>Hon. Haywood S. Gilliam Jr. |

      The telephonic appearance of attorney J. Curtis Edmondson, for the Hearing on April 28, 2016 is **DENIED**.

Dated:  April 26, 2016

HON. Haywood S. Gilliam, Jr.
U.S.D.C.