UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PRECISION GLASSWORKS, INC.,

    Plaintiff,

v.

ALI GHANNAM, et al.,

    Defendants.

Case No. 15-cv-03227-HSG

**ORDER TO SHOW CAUSE**

The Court **ORDERS** each counsel to show cause why he should not be sanctioned for his conduct leading up to Defendants' motion to set aside default judgment, Dkt. No. 27. Plaintiff's counsel must address his failure to inform the Court that he had been in communication with Defendant's counsel before the initial case management conference. Plaintiff's counsel must specifically address whether he received in any form the letter from Defendant's counsel dated October 1, 2015, attached as Exhibit A to Defendant's motion, and if so, when he first received it. If Plaintiff's counsel received the letter before the October 13, 2015 initial case management conference, he must say so.

Defense counsel must address his failure to attend the initial case management conference, as well as his failure to file with the Court written notice of the alleged stipulated 60 to 90 day continuance, as required under Civil Local Rule 6-1(a).

Each party shall file a statement of three pages or less by May 9, 2016, responding to this order to show cause.

**IT IS SO ORDERED.**

Dated: 5/2/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge