UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PRECISION GLASSWORKS, INC.,

    Plaintiff,

  v.

ALI GHANNAM, et al.,

    Defendants.

Case No. 15-cv-03227-HSG

**SCHEDULING ORDER**

A hearing was held on May 24, 2016. The Court sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Fact Discovery Close | October 3, 2016 |
| Expert Discovery Close | November 28, 2016 |
| Last Day for Hearing Dispositive Motions | January 5, 2017 at 2:00 p.m. |
| Pretrial Conference | January 24, 2017 at 3:00 p.m. |
| Jury Trial | February 6, 2017 at 8:00 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 5/25/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge